UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BILLY RICHARD HICKS,

    Plaintiff,

v.                                                                 No.: 3:12-cv-621
                                                                                  (Judge Phillips)

THOMAS F. DiLUSTRO,

    Defendant.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                                           s/ Thomas W. Phillips
                                                                     United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
      CLERK OF COURT